IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01666-AP

RHONDA R. TRUJILLO,

    Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:
    MICHAEL W. SECKAR
    402 W. 12th Street
    Pueblo, CO 81003
    (719) 543-8636
    seckarlaw@mindspring.com

    For Defendant:
    JOHN F. WALSH
    United States Attorney

    WILLIAM G. PHARO
    Assistant United States Attorney
    william.pharo@usdoj.gov

    THOMAS S. INMAN
    Special Assistant United States Attorney
    1001 17th Street
    Denver, Colorado 80202
    (303) 844-0014
    tom.inman@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction under section 1631(c)(3) of the Social Security Act, 42 U.S.C. § 1383(c)(3).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:** 06/27/2011

    B.    **Date Complaint Was Served on U.S. Attorney's Office:** 08/08/2011

    C.    **Date Answer and Administrative Record Were Filed:** 10/04/2011

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

There are no issues with the accuracy or completeness of the administrative record.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

None anticipated.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not involve unusually complicated or out-of-the-ordinary claims.

**7. OTHER MATTERS**

None.

**8. BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due:** 12/05/2011

    B.    **Defendant's Response Brief Due:** 01/04/2012

    C.    **Plaintiff's Reply Brief (If Any) Due:** 01/19/2012

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiff's Statement:**    Oral argument is not requested.

    B.    **Defendant's Statement:**  Oral argument is not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    **( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **(x) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 27th day of October, 2011.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

                        JOHN F. WALSH
s/*Michael W. Seckar*         UNITED STATES ATTORNEY
MICHAEL W. SECKAR
402 W. 12th Street.            WILLIAM G. PHARO
Pueblo, CO 81003            Assistant United States Attorney
(719) 543-8636
seckarlaw@mindspring.com    s/ *Thomas S. Inman*

Attorney for Plaintiff           THOMAS S. INMAN
                                  Special Assistant U.S. Attorney
                                  1001 17th Street
                                  Denver, Colorado 80202
                                  Telephone:  (303) 844-0014
                                  tom.inman@ssa.gov