IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01666-AP

RHONDA R. TRUJILLO,

      Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

      Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:
MICHAEL W. SECKAR
402 W. 12th Street
Pueblo, CO 81003
(719) 543-8636
seckarlaw@mindspring.com

For Defendant:
JOHN F. WALSH
United States Attorney

WILLIAM G. PHARO
Assistant United States Attorney
william.pharo@usdoj.gov

THOMAS S. INMAN
Special Assistant United States Attorney
1001 17th Street
Denver, Colorado 80202
(303) 844-0014
tom.inman@ssa.gov

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction under section 1631(c)(3) of the Social Security Act, 42 U.S.C. § 1383(c)(3).

## 3.  DATES OF FILING OF RELEVANT PLEADINGS

    **A.**    **Date Complaint Was Filed:** 06/27/2011

    **B.**    **Date Complaint  Was Served on U.S. Attorney's Office:** 08/08/2011

    **C.**    **Date Answer and Administrative Record Were Filed:** 10/04/2011

## 4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD

There are no issues with the accuracy or completeness of the administrative record.

## 5.  STATEMENT REGARDING ADDITIONAL EVIDENCE

None anticipated.

## 6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

This case does not involve unusually complicated or out-of-the-ordinary claims.

## 7.  OTHER MATTERS

None.

## 8.  BRIEFING SCHEDULE

    **A.**    **Plaintiff's Opening Brief Due:** 12/05/2011

    **B.**    **Defendant's  Response Brief Due:** 01/04/2012

    **C.**    **Plaintiff's  Reply Brief (If Any) Due:** 01/19/2012

**9. STATEMENTS REGARDING ORAL ARGUMENT**

     **A.**    **Plaintiff's Statement:**    Oral argument is not requested.

     **B.**    **Defendant's Statement:**    Oral argument is not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

     **A.**    **( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

     **B.**    **(x)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 27th  day of October, 2011.

BY THE COURT:


*s/John L. Kane*
U.S. DISTRICT COURT JUDGE


APPROVED:                                    JOHN F. WALSH
                                             UNITED STATES ATTORNEY


s/*Michael W. Seckar*                        WILLIAM G. PHARO
MICHAEL W. SECKAR                            Assistant United States Attorney
402 W. 12th Street.
Pueblo, CO 81003
(719) 543-8636                               s/ *Thomas S. Inman*
seckarlaw@mindspring.com
                                             THOMAS S. INMAN
                                             Special Assistant U.S. Attorney
Attorney for Plaintiff                       1001 17th Street
                                             Denver, Colorado 80202
                                             Telephone:  (303) 844-0014
                                             tom.inman@ssa.gov

-4-